# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**AMBER GLOVER, on behalf of herself**
**and those similarly situated**                                                    **PLAINTIFF**

**V.**                              **No. 4:15CV00148 JM**

**TED E. SUHL; LAURA SUHL;**
**SHIRLEY SUHL; MAXUS, INC.; and**
**MAXUS, INC., d/b/a ARKANSAS**
**COUNSELING ASSOCIATES**                                                        **DEFENDANTS**

## ORDER

The Court has been advised that this action has settled. Accordingly, Plaintiff's complaint is hereby dismissed with prejudice. The Clerk is directed to close the case. The Court will retain jurisdiction for sixty (60) days to allow the parties to complete the settlement terms and conditions.

IT IS SO ORDERED this 6th day of June, 2016.

_____
James M. Moody Jr.
United States District Judge